# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DARREL TOUBYA THOMAS, Petitioner | CIVIL ACTION NO. 5:19-CV-1660-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF Nos. 1, 6) is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of August, 2020.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**